UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20498-CIV-GOLD/McALILEY

INA H. BANKS,

    Plaintiff,

        v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court upon the parties' Stipulation for Dismissal with Prejudice [DE 23]. Having reviewed the stipulation and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED:

1.     This case is DISMISSED WITH PREJUDICE.

2.     Each party to bear its own attorney's fees and costs.

3.     The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of September, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record

1